| | Chapter 13 Plan | | Case No.: 14-40244 |
|---|---|---|---|
| Debtor(s) STEPHEN O. HARRELL | | SS# 2929 | Net Monthly Earnings: 2334.59 |
| CONNIE RENEA HARRELL | | SS# 6510 | Number of Dependants: 0 |

**I. Plan Payments:**

( ) Debtor(s) propose to pay a periodic payment of $_____ [ ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly into the plan; or

( X ) Payroll deduction Order: To AMERICAN APPARELL, 800 CEDAR BLUFF RD, CENTRE, AL 35960 _____ for

$ 81 [ X ] weekly [ ] biweekly [ ] semi-monthly [ ] monthly.

Length of plan is 36 months, and the total debt to be paid through the plan is $ 12,636.00

**II.** From the payments received, the trustee shall make disbursements pursuant to the Bankruptcy Code including:

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See ' 1322(a) (2)]
The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| | | | |
| | | | |

B. Total Attorney Fee: $ 2000.00 to be paid as funds become available.

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment to be Paid | Regular Payments to Begin: Month/Year | Arrears to be Paid by Trustee | Months Included in Arrearage Amount | Proposed Interest Rate of Arrearage | Proposed Fixed Payment on Arrearage |
|---|---|---|---|---|---|---|---|
| REGIONS BANK | 74854.00 | 350.00 BY DEBTOR | 3/2014 | NA | NA | NA | NA |
| | | | | | | | |

2. Secured Debts (not long term debts) to be paid through Trustee: ADEQUATE PROTECTION PAYMENTS TO CONTINUE UNTIL FIXED PAYMENTS BEGIN

| Name of Creditor | Adequate Protection Payments | Total Amount of Debt | Debtor's Value | Unsecured Portion | Description of Collateral | Proposed Interest Rate | Proposed Fixed Payment | Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| WELLS FARGO | 2.36 | 236.97 | 236.97 | 0.00 | LIVINGROOM SET | 5.25 | 8.08 | AT CONFIRMATION |
| ALLY FINANCIAL | 84.25 | 4558.23 | 8425.00 | 0.00 | 2006 FORD F150 | 5.25 | 154.04 | AT CONFIRMATION |
| | | | | | | | | |
| | | | | | | | | |

**III.** Other debts ( not shown in 1. or 2 above) which Debtor(s) propose to pay direct:

| Name of Creditor | Total Amount of Debt | Amount of Regular Payment | Description of Collateral, Property or Debt | Reason for Direct Payment |
|---|---|---|---|---|
| | | | | |

DEBTORS TO SURRENDER THE MOTORCYCLE TO CAP1/SUZUKI AND THE 2012 KIA SORENTO TO BANK OF AMERICA TO THE FULL SATISFACTION OF THE DEBTS.

**IV. Special Provisions:**
[ ] This is an original plan.
[x] This is an amended plan replacing plan dated 2/14/14
[x] This plan proposes to pay unsecured creditor approximately 48%.
[ ] Other provisions.

Attorney for Debtor Name/Address/Telephone #  Dated: 4.14.14
LeRoy Alan Cobb
POB 306
Anniston, Alabama 36202
(256) 237-2250

/s/ Stephen O Harrell
Signature of Debtor

/s/ Connie Renea Harrell
Signature of Joint Debtor

/s/ LeRoy Alan Cobb
Signature of Debtor's Attorney