# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

§

In Re:

**STEPHEN HARRELL**
**CONNIE HARRELL**

Case No. **14-40244**
Chapter 13

Debtor(s)      §

## MOTION TO MODIFY PLAN

COMES NOW, Linda B. Gore, Chapter 13 Trustee, and moves to modify the debtor's plan as **CLAIM #11** has been amended by **WELLS FARGO BANK, N.A.** for **$277.43** ($40.46 which was not previously provided for) as a <u>Secured</u> claim to be paid in full with 5.25% interest. The plan payment will *increase to $87.30 PER-WEEK* for the remainder of the plan to pay this claim, make-up any delinquency that may exist and to insure the case pays out on time. The plan base will be $12,949.62. Based on the plan payments and the new plan base, unsecured creditors will receive <u>approximately</u> 76%.

WHEREFORE, the trustee prays that this modification will be GRANTED.

Date Prepared: JUL 17 2014

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE
P.O Box 1338
Gadsden, AL 35901
(256) 546-9262

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon the debtor(s), the debtor(s) *Stephen & Connie Harrell, 6481 AL Hwy 68 East, Gaylesville, AL 35973, via US Mail*, the debtor(s) attorney of record, *Leroy A. Cobb, Esq. via electronic mail at cobblawfirm@gmail.com* and, *Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306*, via US Mail on this date JUL 22 2014.

LINDA B. GORE, ESQUIRE
CHAPTER 13 STANDING TRUSTEE